■ In the Matter of MONIQUE OWENS, Respondent, v GUY FOUYOLLE, Appellant. [622 NYS2d 471] —In a proceeding pursuant to Family Court Act § 651 to determine custody of the parties' children, Guy Fouyolle appeals from an order of the Family Court, Kings County (Dabiri, J.), dated May 13, 1994, which, after a hearing, *inter alia,* awarded custody of the children to the mother.

Ordered that the order is affirmed, without costs or disbursements.

We find a sound and substantial basis in the record for the trial court's determination that it was in the best interests of the children to award custody to the mother *(see, Eschbach v Eschbach,* 56 NY2d 167; *Friederwitzer v Friederwitzer,* 55 NY2d 89, 94). Mangano, P. J., Sullivan, Balletta and Miller, JJ., concur.